# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH RANSOME, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 20-685 |
| | : | |
| DIANA LOUISE ANHALT, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 29th day of June, 2020, upon consideration of Isaiah Ransome's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to enter the filing fee payment received on March 3, 2020 as a non-restricted entry so that it may be viewed by the parties.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the accompanying Memorandum.

3. The Clerk of Court shall furnish Mr. Ransome with a blank copy of the Court's current standard form for filing a petition pursuant to 28 U.S.C. § 2254. If Mr. Ransome seeks to challenge his conviction in federal court, he may use this form to file a petition for a writ of habeas corpus, which should be docketed in a new civil action.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.